IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LISA R. STALLWORTH,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | )  **CIVIL ACTION 08-0144-WS-B** |
| **GLENDA HASSAN and THE UNITED STATES OF AMERICA,** | ) ) ) ) |
| **Defendants.** | ) |

## FINAL JUDGMENT

In accordance with the Court's order entered July 25, 2008, granting the defendants' motion to dismiss, it is **ordered, adjudged** and **decreed** that this action is **dismissed with prejudice**.  Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of defendants Glenda Hassan and the United States of America and against plaintiff Lisa R. Stallworth.

DONE this 25th day of July, 2008.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE